STAY LIFTED / JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANG WU,<br><br>            Plaintiff,<br><br>      vs.<br><br>ALEJANDRO MAYORKAS, ET AL.,<br><br>            Defendants. | Case No.: CV 21-5724-DMG (ADSx)<br><br>**ORDER RE DISMISSAL OF ACTION [11]** |

   Pursuant to the parties' Stipulation of Dismissal and for good cause shown,

   IT IS HEREBY ORDERED that the stay is LIFTED and the above-captioned action is DISMISSED in its entirety with prejudice. The parties shall bear their own respective attorney's fees, costs, and expenses.

DATED: February 25, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE